UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:11-cr-0204-TWP-TAB |
| | ) | |
| JULIO BLANCO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Julio Blanco's supervised release be modified, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. For the remainder of his supervised release, defendant will be subject to electronic monitoring at his residence, in accordance with the rules and regulations as set by the U. S. Parole and Probation Office for the Southern District of Indiana. During the period of time he is under electronic monitoring, Mr. Blanco will be at his residence unless he is engaged in his employment, attending church services, seeking or receiving medical treatment, or as specifically engaged in any other activity approved by his supervising U. S. Parole and Probation Officer. Defendant will remain under electronic monitoring until further order of the Court.
2. Upon conclusion of his electronic monitoring, defendant's supervised release shall continue otherwise as previously imposed by the District Court.
3. The defendant shall not consume alcohol beverages or drugs.
4. The defendant shall be subject to regular alcohol and drug testing.
5. The defendant shall be subject to search provisions of his residence, motor vehicle and his person, and
6. The defendant is subject to the previously-ordered conditions of supervised release imposed at sentencing.

SO ORDERED this day: 09/26/2012 _____.

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Joe Vaughn,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Monica Foster,
Office of the Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204
monica_foster@fd.org

U. S. Probation

U. S. Marshal Service